HENRY UNDERZAGT *vs.* JOSEPH L. CARPENTER, JR.

AFFIDAVITS TAKEN BEFORE JUSTICE OF STATE—DEFAULT JUDGMENT.

Plaintiff's affidavit, necessary under *Rev. Code* 1915, § 4169, for default judgment at the first term, in action on note and authorized to be taken out of state before any judge of any court of record, is insufficient when so taken before a justice of the peace, in the absence of a showing that he is a judge of a court of record.

*(December* 13, 1918.)

BOYCE and RICE, J. J., sitting.
*Richard S. Rodney* for plaintiff.
*David J. Reinhardt* for defendant.

Superior Court, for New Castle County, November Term, 1918.

SUMMONS CASE No. 76, November Term, 1918.

Action on a promissory note by Henry Underzagt against Joseph L. Carpenter, Jr. On motion for refusal of judgment notwithstanding affidavit of demand. Judgment refused.

The affidavit of demand filed by plaintiff under *Revised Code* 1915, § 4169, for judgment at first term, was made before a Justice of the Peace of the State of Maryland. The statute provides that—

"Any affidavit authorized under the provisions of this chapter may be taken out of this state before any judge of any court of record," etc.

PER CURIAM: The affidavit of demand filed in this case was taken before a Justice of the Peace, but it does not appear that the Justice of the Peace is a judge of a court of record. It is the opinion of the court, therefore, that the judgment should be refused.